UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| COREY BRUCE PATRICK, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | Nos.: 3:17-cv-179-TAV-HBG |
| | ) | 3:15-cr-63-TAV-HBG-1 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## **ORDER**

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, Petitioner is not entitled to relief under 28 U.S.C. § 2255, and his motion to vacate, set aside or correct sentence [Doc. 1, No. 3:17-cv-179; Doc. 41, No. 3:15-cr-63] is **DENIED**, and this action is **DISMISSED**. The Clerk is **DIRECTED** to close civil case number 3:17-CV-179.

The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court **DENIES** Petitioner leave to proceed *in forma pauperis* on appeal. *See* Fed. R. App. P. 24. Moreover, because Petitioner has not made a substantial showing of the denial of a constitutional right and jurists of reason would not dispute the Court's conclusions, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), a certificate of appealability **SHALL NOT ISSUE**. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
　s/ John L. Medearis
　CLERK OF COURT